**No. 10-10217. Janet B. Cunningham, Petitioner v. Jack V. Kelley, et ux.**

565 U.S. 1034, 132 S. Ct. 573, 181 L. Ed. 2d 420, 2011 U.S. LEXIS 8157.

November 14, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 53 So. 3d 1034.